KATHLEEN A. McCORMAC (#159012)
kmccormac@mccormaclaw.com
VALERIE R. PERDUE (#278322)
vperdue@mccormaclaw.com
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel:  (415) 399-1722
Fax: (415) 399-1733

Attorneys for Plaintiff
JUAN ALATORRE

Gregory C. Cheng CA Bar No. 226865
gregory.cheng@ogletreedeakins.com
Jill V. Cartwright CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
WASTEQUIP MANUFACTURING COMPANY LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALATORRE,<br><br>    Plaintiff,<br><br>    vs.<br><br>WASTEQUIP MANUFACTURING COMPANY LLC, and DOES 1 to 10, inclusive,<br><br>    DEFENDANT(s). | Case No.: 2:14-CV-01821-TLN-KJN<br><br>**STIPULATION AND ORDER FOR FILING FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff Juan Alatorre ("Plaintiff") may file a First Amended Complaint, a

-1-

copy of which is attached hereto as "Exhibit A." The First Amended Complaint shall be deemed filed upon the signing of the Order.

    IT IS FURTHER STIPULATED that Defendant WASTEQUIP MANUFACTURING LLC., ("Defendant") waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be responsive to the amended complaint.

SO STIPULATED.

DATED: NOVEMBER 12, 2014    McCormac & Associates

By:    */s/ Valerie R. Perdue*
    KATHLEEN A. McCORMAC
    VALERIE R. PERDUE

Attorneys for Plaintiff
JUAN ALATORRE

DATED: NOVEMBER 12, 2014    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

By:    */s/ Jill V. Cartwright* (as authorized 11/12/14)
    GREGORY CHENG
    JILL V. CARTWRIGHT

Attorneys for Defendant
WASTEQUIP MANUFACTURING LLC

**ORDER**

PURSUANT TO STIPULATION, IT SO ORDERED.

Dated: November 14, 2014

                                            Troy L. Nunley
                                            United States District Judge